IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Gerald S. Lepre, Jr.,                          :
                          Appellant            :
                                               :
          v.                                   :          No. 1082 C.D. 2016
                                               :
Commonwealth of Pennsylvania,                  :
Department of Transportation,                  :
Bureau of Driver Licensing                     :

## **O R D E R**

NOW, May 25, 2017, having considered appellant's application for reconsideration/reargument, the application is denied.

<br>

MARY HANNAH LEAVITT,
President Judge